IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-rj-00025-NONE-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 22, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| FAIL-SAFE, LLC, | Nicole Westbrook |
| | Cash Parker |
| Plaintiff, | |
| v. | |
| A.O. SMITH CORPORATION, | Michael Lazar, III |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:   8:35 a.m.**
Court calls case. Appearances of counsel.

The Court discloses to counsel that A.O. Smith Corporation was his client when he was in private practice, but that he has not had any contact with the corporation in 11 years. Counsel does not pose any objections.

Discussion between the Court and counsel regarding Fail-Safe, LLC's Motion to Modify Subpoenas to Allow Additional Time to Respond [Doc. No. 4], taking three depositions, and Rule 45(c).

Argument presented by Mr. Lazar and Ms. Westbrook.

**ORDERED:**   Fail-Safe, LLC's Motion to Modify Subpoenas to Allow Additional Time to Respond [Doc. No. 4] is **GRANTED IN PART**. The Court grants the motion with respect to the subpoena calling for production of documents by Fail-Safe. The Court extends that deadline to **December 16, 2011 at 3:00 p.m.** A.O. Smith Corporation will withdraw the subpoenas as reflected on the record, reserving A.O. Smith's right to re-serve those subpoenas. The 30(b)(6) deposition will go forward on **January 6, 2012**; Schlanger and Cohen, if necessary, will go forward on **January 13, 2012.**

HEARING CONCLUDED.

**Court in recess**:   **9:00 a.m.**
Total time in court:   00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.